UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| JAMES KARROLL JACKSON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No.: 7:17-cv-01119-LSC-TMP |
| ) | |
| STATE OF ALABAMA, et al., ) | |
| ) | |
| Respondents. ) | |

**MEMORANDUM OPINION**

This is an action for a writ of habeas corpus action filed by petitioner James Karroll Jackson, *pro se*, on or about June 29, 2017. (Doc. 1). The petitioner challenges his 1982 conviction for burglary 2nd degree and life sentence. (*Id.*, at 2). On July 17, 2018, the magistrate judge to whom the case was referred entered a report and recommendation pursuant to 28 U.S.C. § 636(b), recommending that habeas relief be denied. (Doc. 13). Although the petitioner was notified of his right to file objections within fourteen (14) days, no objections have been filed with the court.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the magistrate judge's Report and Recommendation, the court is of the opinion that the magistrate judge's findings are due to be and are hereby **ADOPTED** and his recommendation is **ACCEPTED**. Accordingly, the petition

1

for writ of habeas corpus is due to be **DENIED** and **DISMISSED WITH PREJUDICE**. Further, because the petition does not present issues that are debatable among jurists of reason, a certificate of appealability is also due to be **DENIED**. *See* 28 U.S.C. § 2253(c); *Slack v. McDaniel*, 529 U.S. 473, 484-85 (2000); Rule 11(a), *Rules Governing § 2254 Proceedings*. A separate Final Order will be entered.

**DONE** AND **ORDERED** ON AUGUST 10, 2018.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

160704